```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF OHIO
                    EASTERN DIVISION
```

**REGINA HENRY-MORRIS,**

        **Plaintiff,**

                                  Civil Action 2:13-cv-1085
    **vs.**                               Judge Marbley
                                  Magistrate Judge King

**HARVEST CREDIT MANAGEMENT**
**VII, LLC,**

        **Defendant.**

## REPORT AND RECOMMENDATION

      Plaintiff reported that this case had been settled, *Notice of Settlement*, Doc. No. 6, and the Court expected the dismissal of the action by January 10, 2014. *Order*, Doc. No. 7.  On January 13, 2014, when the case remained pending, the Court ordered plaintiff to report on the status of this case by January 15, 2014.  *Order*, Doc. No. 8.  Plaintiff was also expressly advised that her failure to respond to that order could result in the dismissal of the action for failure to prosecute. *Id*.  There has nevertheless been no response to the order.  It therefore appears that plaintiff has abandoned the prosecution of this case.

      It is therefore **RECOMMENDED** that this case be dismissed for failure to prosecute.

      If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part

1

thereof in question, as well as the basis for objection thereto.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Response to objections must be filed within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation.* *See Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Fed'n of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).


January 16, 2014                              *s/Norah McCann King*
                                              Norah M<sup>c</sup>Cann King
                                           United States Magistrate Judge

2